# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Eric Brown, Jody Tuchtenhagen, Debbie Schultz | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-01127-SRN-ECW |
| | 20-cv-01128-SRN-ECW |
| American Federation of State, County and Municipal Employees, Council No. 5, AFL-CIO | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motions to Dismiss [20-cv-01127, Doc. No. 19; 20-cv-01128, Doc. No. 21] are **GRANTED**.

Date: 2/16/2021                                                                                     KATE M. FOGARTY, CLERK